Larry W. Lee (State Bar No. 228175)
Diversity Law Group, PC
515 S. Figueroa Street, Suite 1250
Los Angeles, CA 90071
(213) 488-6555
(213) 488-6554 facsimile

William L. Marder (State Bar No. 170131)
Polaris Law Group LLP
501 San Benito Street, Suite 200
Hollister, CA 95023
Tel: (831) 531-4214
Fax: (831) 634-0333

Attorneys for Plaintiffs and the Class

(Additional Plaintiff's Counsel on Next Page)

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARLON THAMES, as an individual and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BURLINGTON COAT FACTORY, an unknown entity; BURLINGTON COAT FACTORY DIRECT CORPORATION, a New Jersey corporation; BURLINGTON COAT FACTORY OF TEXAS, INC., a Florida corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:19-cv-00683-JAM-KJN<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL WITHOUT PREJUDICE AND [~~PROPOSED~~] ORDER**<br><br>Complaint Filed: February 27, 2019<br>Trial Date: None Set |

1  Dennis S. Hyun (State Bar No. 224240)
   Hyun Legal, APC
2  515 S. Figueroa Street, Suite 1250
3  Los Angeles, CA 90071
   (213) 488-6555
4  (213) 488-6554 facsimile

5
   Edward W. Choi (State Bar No. 211334)
6  Law Offices of Choi & Associates
   515 S. Figueroa Street, Suite 1250
7  Los Angeles, CA 90071
   (213) 381-1515
8  (213) 465-4885 facsimile

**PLAINTIFF'S REQUEST FOR DISMISSAL WITHOUT PREJUDICE AND [PROPOSED] ORDER**

| | |
|---|---|
| 1 | Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff Marlon Thames ("Plaintiff") hereby requests that the above-named Complaint, in its entirety, be dismissed WITHOUT prejudice, and that the Court enter an Order of dismissal based thereon. |

Dated: May 30, 2019

DIVERSITY LAW GROUP, A
PROFESSIONAL CORPORATION

By: /s/ Larry W. Lee
    Larry W. Lee
    Attorneys for Plaintiff
    MARLON THAMES

IT IS SO ORDERED:

Dated: __May 30__, 2019

_/s/ John A. Mendez_
The Honorable John A. Mendez
Judge of the United States
District Court for the
Eastern District of California